UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,   No. CR 08-00122 BLF

    Plaintiff,

v.   **ORDER - CJA CONTRIBUTIONS DUE**

Paul Martin

    Defendant.

_____/

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C. §3006(A).

IT IS HEREBY ORDERED THAT:

[X]   THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ 30.00 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[X] That certain date of 8/1/16 and the SAME DAY each month thereafter;

[X] MAIL TO:   Clerk, U.S. District Court
280 South First Street, Room 2112
San Jose, CA 95113-3095

[ ]   THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY _____.

[ ] MAIL TO:   Clerk, U.S. District Court
280 South First Street, Room 2112
San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: _____

Howard R. Lloyd, U.S. Magistrate Judge